**IT IS ORDERED as set forth below:**

**Date: November 14, 2024**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **RAVE CONTRACTING, LLC,** | Case No. 24-61536-jwc |
| Debtor. | |

### ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME
### FOR FILING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

This matter is before the Court upon Debtor's Motion for Extension of Time for Filing Schedules and Statement of Financial Affairs (the "**Motion**") [Docket No. 7] filed on November 13, 2024. It appears to the Court that a Chapter 7 case was commenced by the filing of a voluntary petition on October 30, 2024, constituting an Order for Relief; that pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007(c), Debtor is obligated to file its Schedules and Statement of Financial Affairs within fourteen (14) days of the Order for Relief, and that the aforementioned deadline expires on November 13, 2024; that Debtor seeks an extension of time in which to file its Schedules and Statement of Financial Affairs; that the Section 341 Meeting of Creditors has not passed and for good cause shown, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Motion is **GRANTED**; and

2. The time period within which Debtor must file its Schedules and Statement of Financial Affairs is hereby extended through and including November 20, 2024.

**[END OF DOCUMENT]**

**Prepared and Presented by:**

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ William Rountree*
William Rountree, Ga. Bar No. 616503
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlkglaw.com
*Attorneys for the Debtor*

DISTRIBUTION LIST

William Rountree
ROUNTREE LEITMAN KLEIN & GEER, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305