**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | **Chapter 7** |
| **RAVE CONTRACTING, LLC,** | **Case No. 24-61536-jwc** |
| **Debtor.** | |

**SECOND MOTION FOR EXTENSION OF TIME FOR FILING**
**SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

Rave Contracting, LLC (the "**Debtor**") files this Motion for Extension of Time for Filing Schedules and Statement of Financial Affairs (the "**Motion**") and in support thereof, respectfully represents:

1. Debtor filed its petition for relief under Chapter 7, of the United States Code on October 30, 2024 (the "**Petition Date**").

2. Pursuant to 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007(c), Debtor is obligated to file its Schedules and Statement of Financial Affairs within fourteen days of the Petition Date. The deadline expires on November 20, 2024.

3. The Debtor requests an extension of 7 days within which to file its Schedules and Statement of Financial Affairs to ensure all information is complete.

4. This is the Debtor's second request for an extension, and the Debtor believes that additional extensions will not be required. The § 341 Meeting of Creditors has been scheduled for December 9, 2024.

WHEREFORE, the Debtor respectfully requests this Court:

(a)     enter an order, substantially in the form attached hereto as **<u>Exhibit A</u>**;

(b)     grant the requested extension through and including November 27, 2024; and

(c)     grant such other and further relief as the Court deems just and reasonable.

Dated: November 20, 2024                **ROUNTREE LEITMAN KLEIN & GEER, LLC**

<u>/s/ *William A. Rountree*            </u>
William A. Rountree, Ga. Bar No. 616503
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlkglaw.com
*Attorneys for the Debtor*

2

**EXHIBIT "A"**

**[PROPOSED ORDER]**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **RAVE CONTRACTING, LLC,** | **Case No. 24-61536-jwc** |
| **Debtor.** | |

**ORDER GRANTING DEBTOR'S SECOND MOTION FOR EXTENSION OF TIME**
**FOR FILING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

This matter is before the Court upon Debtor's Motion for Extension of Time for Filing Schedules and Statement of Financial Affairs (the "**Motion**") [Docket No. _] filed on November 20, 2024. It appears to the Court that a Chapter 7 case was commenced by the filing of a voluntary petition on October 30, 2024, constituting an Order for Relief; that pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007(c), Debtor is obligated to file its Schedules and Statement of Financial Affairs within fourteen (14) days of the Order for Relief, and that the aforementioned deadline expires on November 20, 2024; that Debtor seeks an extension of time in which to file its Schedules and Statement of Financial Affairs; that the Section 341 Meeting of Creditors has not passed and for good cause shown, it is hereby

ORDERED AND ADJUDGED as follows:

1.        The Motion is **GRANTED**; and

2.        The time period within which Debtor must file its Schedules and Statement of

Financial Affairs is hereby extended through and including November 27, 2024.

**[END OF DOCUMENT]**

**Prepared and Presented by:**

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ William A. Rountree*
William A. Rountree, Ga. Bar No. 616503
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlkglaw.com
*Attorneys for the Debtor*


<u>DISTRIBUTION LIST</u>

William Rountree
ROUNTREE LEITMAN KLEIN & GEER, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

2

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused to be served copy of the foregoing **Second Motion for Extension of Time for Filing Schedules and Statement of Financial Affairs** via by filing same with the court using the CM/ECF system, which will send an electronic mail notification to the parties set forth below:

S. Gregory Hays
ghays@haysconsulting.net
saskue@haysconsulting.net
GA32@ecfcbis.com

Office of the United States Trustee
ustpregion21.at.ecf@usdoj.gov

Dated: November 20, 2024

*/s/ William A. Rountree*
William A. Rountree, Ga. Bar No. 616503
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlkglaw.com
*Attorneys for the Debtor*